**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FORTRESS HOLDINGS, LLC, | |
| Debtor. | |

### NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On January 30, 2025 (the "Petition Date"), Fortress Holdings, LLC (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey. The Debtor is operating its business and managing its affairs as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of legal advisors and other professionals, has prepared the Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") pursuant to Section 521 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007. These Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Notes and Disclaimers") pertain to all of the Schedules and the SOFA. While the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to it at the time of preparation, subsequent information or discovery may result in changes to these Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA. Moreover, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. Nothing contained in the Schedules or SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to this Chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. These Notes and Disclaimers are incorporated by reference herein, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA. Nothing contained on the Schedules and SOFA shall waive any rights to assert that an alleged lease is a disguised security interest.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. The Debtor thus reserves the right to amend and/or supplement the Schedules and SOFA from time to time as may be necessary or appropriate.

**Dates.**  To the best of the Debtor's ability and knowledge, all asset information is listed as of the Petition Date and all liability information is listed as of the Petition Date.

**Basis of Presentation.**  The Schedules and SOFA do not purport to represent financial information or data prepared in accordance with U.S. Generally Accepted Accounting Principles. The Debtor reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and SOFA.

**Causes of Action.**  Despite reasonable efforts to identify all known assets, the Debtor may not have identified or set forth all of their causes of action (filed or potential) as assets in the Schedules and SOFA.  Notwithstanding this, the Debtor reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Notes and Disclaimers nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Dates.**  Unless otherwise indicated, all asset and liability information in the Schedules and SOFA is provided as of the Petition Date.

**Leases**.  The Debtor has not included in the Schedules and SOFA future obligations under any leases.

**Litigation**:  Identification of litigation as a claim against the Debtor does not constitute an admission or acknowledgment that the Debtor is, in fact, properly a defendant in such litigation.

**Totals.**  All totals that are included in the Schedules and SOFA represent totals of all of the known amounts included on the Schedules and SOFA.  To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

**Current Market Value of Assets.**  Unless otherwise indicated, net book values are reflected in the Debtor's Schedules and SOFA.  For this reason, amounts ultimately realized may vary from net book value and such variance may be material.  Thus, unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets as recorded on the Debtor's books and are not based upon any estimate of its current market value unless so indicated.  Exceptions to this include operating cash, which is presented as bank balances as of the Petition Date. Certain other assets are listed as "Unknown" amounts because the net book values may materially differ from fair market value.  The amounts shown for assets and liabilities exclude items identified as "Unknown" and the Debtor's ultimate assets and liabilities may differ materially from those stated in the Schedules and SOFA.

**Claims Descriptions.**  Any failure to designate a claim on the Debtor's Schedules and SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  Listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves the right to dispute any claims reflected on their Schedules or SOFA on any grounds, including to assert an offset or

any defense to any claim reflected on the Schedules and/or SOFA with respect to, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves the right to amend these Schedules and SOFA accordingly.

**Classifications.** Listing a claim on (i) Schedule E as "priority" or (ii) Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtor reserves the right to amend the Schedules and SOFA to recharacterize or reclassify any such contract or claim.

**Notes and Disclaimers Control.** In the event the Schedules and SOFA differ from the foregoing Notes and Disclaimers, the Notes and Disclaimers shall control.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA correctly. The Debtor, however, may have inadvertently characterized, classified, categorized or designated certain items mistakenly. Thus, the Debtor reserves its right to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition.

4885-6953-0004, v. 1

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fortress Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The Chariot** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3555231** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** |

**555 Preakness Avenue**
**Totowa, NJ 07512**
Number, Street, City, State & ZIP Code

**Passaic**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Fortress Holdings, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor     **Fortress Holdings, LLC**                                    Case number (*if known*) _____
           Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
            Contact name   _____
            Phone          _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Fortress Holdings, LLC** | Case number (*if known*) |
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 30, 2025**
                MM / DD / YYYY

**X** **/s/ Paul Qassis**                                           **Paul Qassis**
Signature of authorized representative of debtor                   Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Richard D. Trenk**                    Date    **January 30, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Richard D. Trenk**
Printed name

**Trenk Isabel Siddiqi & Shahdanian P.C.**
Firm name

**290 W. Mt. Pleasant Avenue**
**Suite 2370**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone    **(973) 533-1000**        Email address    **rtrenk@trenkisabel.law**

**016951982 NJ**
Bar number and State

## RESOLUTION OF SPECIAL MEETING OF
## <u>MEMBERS OF FORTRESS HOLDINGS, LLC</u>

I hereby certify that at a duly called and special meeting of Fortress Holdings, LLC., a

New Jersey limited liability company (the "<u>Company</u>"), held on the 30th day of January 2025, the

following Resolutions was proposed and unanimously adopted by all Members present:

> **RESOLVED,** that the aforementioned Company, in view of its financial condition, be and is hereby authorized and directed on behalf of the Company, to file a petition under chapter 11 of the Bankruptcy Code and retain the services of counsel and other professionals, as necessary, for the purposes of preparing, filing, and prosecuting a petition under chapter 11, and to take all steps necessary and related thereto, and that Paul Qassis, Managing Member of the Company, is hereby authorized to execute the Petition and any other pleadings or documents they deem necessary in connection with the Company's chapter 11 case; and it is further

> **RESOLVED,** that Paul Qassis, Managing Member of the Company, be and hereby is authorized and directed in the name and on behalf of the Company, to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents, and to perform any and all such acts, as they may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further

> **RESOLVED,** that the Company is authorized to retain the law firm of Trenk Isabel Siddiqi & Shahdanian, P.C. to represent the Company in connection with the Chapter 11 filing; and it is further

> **RESOLVED,** that the Company is authorized to retain the accounting firm of Vestcorp LLC

In certification hereof, I do set my hand and seal this 30th day of January, 2025.


*/s/ Paul Qassis*                                 By:   */s/ Majid Krikor*
Managing Member of Fortress Holdings, LLC        Managing Member of Fortress Holdings, LLC
Paul Qassis                                     Majid Krikor

4887-2133-5698, v. 1

**Fill in this information to identify the case:**

Debtor name   **Fortress Holdings, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 30, 2025**     *X* **/s/ Paul Qassis**
                                         Signature of individual signing on behalf of debtor

                                             **Paul Qassis**
                                             Printed name

                                             **Managing Member**
                                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Fortress Holdings, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kuiken Brothers Company 14 Eisenhower Pkwy Roseland, NJ 07068** | **(973) 226-5700** | **Business debt** | | | | **$17,750.50** |
| **Paul Qassis 264 Columbia Avenue Lodi, NJ 07644** | | **Loans made to the Debtor** | | | | **$9,275,000.00** |
| **Schindler Elevator 20 Whippany Road Morristown, NJ 07960** | **973-397-6500** | **Business debt** | | | | **$58,597.51** |

**Fill in this information to identify the case:**

Debtor name    **Fortress Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................... $      **42,030,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................................. $      **291.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................... $      **42,030,291.00**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $      **16,807,342.03**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      **9,351,348.01**

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b

$      **26,158,690.04**

**Fill in this information to identify the case:**

Debtor name      **Fortress Holdings, LLC**

United States Bankruptcy Court for the:      DISTRICT OF NEW JERSEY

Case number (if known)      _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Bank of America** | **Business Checking** | **8464** | **$291.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$291.00**

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4:      Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Debtor | **Fortress Holdings, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **555 Preakness Avenue, Totowa, New Jersey**<br>**561 Preakness Avenue, Totowa, New Jersey**<br>**322 - 324 Berkshire Avenue, Paterson, New Jersey** | Fee simple | $42,000,000.00 | Appraisal | $42,000,000.00 |
| 55.2. **381 Linwood Ave, Paterson, New Jersey (Vacant Land 4,000 Square Feet)** | Fee simple | Unknown | Tax records | $30,000.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

| $42,030,000.00 |
|---|

Debtor    **Fortress Holdings, LLC**                           Case number *(if known)* _____
       Name

Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites**<br>    **Goldenchariot.com** | **$0.00** | | **$0.00** |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.                          **$0.00**

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☑ No
    ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
    Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| Debtor | **Fortress Holdings, LLC** | Case number *(If known)* |
|--------|---------------------------|--------------------------|
|        | Name |                    |

| 73. | Interests in insurance policies or annuities | |
|-----|----------------------------------------------|---|
|     | **Liberty Mutual Insurance - Commercial General Liability** | |
|     | **Policy Number BKS 68 14 05 83** | **Unknown** |

| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | |
|-----|------------------------------------------------------------------------------------|---|
|     | **To be determined** | **Unknown** |

| Nature of claim | **Civil** |
|-----------------|-----------|
| Amount requested | **Unknown** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Debtor | **Fortress Holdings, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $291.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $42,030,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $291.00 | + 91b. $42,030,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $42,030,291.00 |

---

**Fill in this information to identify the case:**

Debtor name   **Fortress Holdings, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  **Abdallah Issa**
Creditor's Name

**81 Franklin Place**
**Totowa, NJ 07512-2689**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5323**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bogota Savings Bank**
**2. Tivuna Inc.**
**3. Abdallah Issa**
**4. Sa-Fe Glass, Inc.**
**5. Eastern Concrete Materials Inc.**
**6. Alexander Zurawskyj**
**7. Sherwin-Williams Co.**
**8. Samna Construction & Steel Fabrication**
**9. Kaufman, Semeraro & Leibman, LLP**

Describe debtor's property that is subject to a lien
**555 Preakness Avenue, Totowa, New Jersey**
**561 Preakness Avenue, Totowa, New Jersey**
**322 - 324 Berkshire Avenue, Paterson, New Jersey**

Describe the lien
**Notice of Lis Pendens**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| Unknown | $42,000,000.00 |

---

**2.2**  **Alexander Zurawskyj**
Creditor's Name
**on behalf of Herc Rentals, Inc.**
**67-85 Doremus Avenue**
**Newark, NJ 07105**

Describe debtor's property that is subject to a lien
**555 Preakness Avenue, Totowa, New Jersey**
**561 Preakness Avenue, Totowa, New Jersey**
**322 - 324 Berkshire Avenue, Paterson, New Jersey**

| $0.00 | $42,000,000.00 |

---

| Debtor | **Fortress Holdings, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Construction Lien (Resolved)** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| ☐ No | ■ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ■ Unliquidated | |
| | ■ Disputed | |

---

| 2.3 | **Bogota Savings Bank** | **Describe debtor's property that is subject to a lien** | $15,754,206.42 | $42,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **555 Preakness Avenue, Totowa, New Jersey**<br>**561 Preakness Avenue, Totowa, New Jersey**<br>**322 - 324 Berkshire Avenue, Paterson, New Jersey**<br>**Blanket lien on substantially all assets of the Debtor** | | |
| | **819 Teaneck Avenue**<br>**Teaneck, NJ 07666** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Construction loan/UCC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ■ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ■ Unliquidated | | |
| | | ■ Disputed | | |

---

| 2.4 | **Eastern Concrete Materials Inc.** | **Describe debtor's property that is subject to a lien** | $129,259.83 | $42,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **555 Preakness Avenue, Totowa, New Jersey**<br>**561 Preakness Avenue, Totowa, New Jersey**<br>**322 - 324 Berkshire Avenue, Paterson, New Jersey** | | |
| | **250 Pehle Avenue**<br>**Suite 503**<br>**Saddle Brook, NJ 07663** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Judgment Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**9223** | | | |

Debtor  **Fortress Holdings, LLC**

Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Kaufman, Semeraro & Leibman, LLP** | Describe debtor's property that is subject to a lien | $206,472.92 | $42,000,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**c/o Semeraro & Fahrney LLP**
**155 Route 46, Suite 109**
**Wayne, NJ 07470**

Creditor's mailing address

**555 Preakness Avenue, Totowa, New Jersey**
**561 Preakness Avenue, Totowa, New Jersey**
**322 - 324 Berkshire Avenue, Paterson, New Jersey**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8022**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Sa-Fe Glass, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $42,000,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**206 W. Kendig Road**
**Willow Street, PA 17584**

Creditor's mailing address

**555 Preakness Avenue, Totowa, New Jersey**
**561 Preakness Avenue, Totowa, New Jersey**
**322 - 324 Berkshire Avenue, Paterson, New Jersey**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4622**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Samna Construction & Steel Fabrication** | Describe debtor's property that is subject to a lien | $700,000.00 | $42,000,000.00 |
|-----|-----|-----|-----|-----|

---

Debtor   **Fortress Holdings, LLC**                                      Case number (if known) _____
      Name

| | |
|---|---|
| Creditor's Name | **555 Preakness Avenue, Totowa, New Jersey** |
| | **561 Preakness Avenue, Totowa, New Jersey** |
| **75 Dale Avenue** | **322 - 324 Berkshire Avenue, Paterson, New** |
| **Paterson, NJ 07501** | **Jersey** |
| Creditor's mailing address | Describe the lien |
| | **Construction Lien** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **4124** | As of the petition filing date, the claim is: |
| Do multiple creditors have an interest in the same property? | Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.8 | **Sherwin-Williams Co.** | Describe debtor's property that is subject to a lien | $17,402.86 | $42,000,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **555 Preakness Avenue, Totowa, New Jersey** |
| | **561 Preakness Avenue, Totowa, New Jersey** |
| **101 W Prospect Ave** | **322 - 324 Berkshire Avenue, Paterson, New** |
| **Cleveland, OH 44115** | **Jersey** |
| Creditor's mailing address | Describe the lien |
| | **Construction Lien** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| | As of the petition filing date, the claim is: |
| Do multiple creditors have an interest in the same property? | Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.9 | **Tivuna Inc.** | Describe debtor's property that is subject to a lien | Unknown | $42,000,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **555 Preakness Avenue, Totowa, New Jersey** |
| | **561 Preakness Avenue, Totowa, New Jersey** |
| **5726 1st Avenue** | **322 - 324 Berkshire Avenue, Paterson, New** |
| **Brooklyn, NY 11220** | **Jersey** |
| Creditor's mailing address | Describe the lien |
| | **Notice of Lis Pendens** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

Debtor    **Fortress Holdings, LLC**    Case number (if known) _____
_____
Name

**Last 4 digits of account number** _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |

---

| 2.1<br>0 | **US Small Business Administration**<br>Creditor's Name<br><br>**2 North Street**<br>**Suite 320**<br>**Birmingham, AL 35203**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Blanket lien on substantially all assets of the Debtor**<br><br><br>**Describe the lien**<br>**UCC**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$16,807,342.03** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bruce H. Dexter**<br>**Dexter & Kilcoyne**<br>**90 Main Street**<br>**Hackensack, NJ 07601** | Line **2.3** | |
| **Bruce H. Dexter, Esq.**<br>**Dexter & Kilcoyne**<br>**90 Main Street**<br>**Hackensack, NJ 07601** | Line **2.7** | |
| **Crew Schielke, Esq.**<br>**619 River Drive Suite 340**<br>**Elmwood Park, NJ 07407** | Line **2.1** | |
| **Matthew Lakind, Esq.**<br>**Tesser & Cohen**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | Line **2.7** | |

---

Debtor    **Fortress Holdings, LLC**                                        Case number (if known) _____
         Name

| | |
|---|---|
| **Matthew Lakind, Esq.**<br>**Tesser & Cohen**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | Line __2.6__ |
| **Matthew Lakind, Esq.**<br>**Tesser & Cohen**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | Line __2.4__ |
| **Michael P. DeMarco Esq.**<br>**DeMarco & DeMarco, Esqs.**<br>**912 Belmont Avenue**<br>**North Haledon, NJ 07508** | Line __2.7__ |
| **Michael P. DeMarco Esq.**<br>**DeMarco & DeMarco, Esqs.**<br>**912 Belmont Avenue**<br>**North Haledon, NJ 07508** | Line __2.1__ |
| **Saad Admani, Esq.**<br>**ADMANI LAW LLC**<br>**95 Columbus Drive, 16th Floor**<br>**Jersey City, NJ 07302** | Line __2.7__ |
| **Salem El Samna**<br>**75 Dale Avenue**<br>**Paterson, NJ 07501** | Line __2.7__ |
| **Solomon A. Rosengarten, Esq.**<br>**1704 Avenue M**<br>**Brooklyn, NY 11230** | Line __2.3__ |
| **Solomon A. Rosengarten, Esq.**<br>**1704 Avenue M**<br>**Brooklyn, NY 11230** | Line __2.9__ |

**Fill in this information to identify the case:**

Debtor name          **Fortress Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** | Priority creditor's name and mailing address

**Borough of Haledon**
**510 Belmont Avenue**
**Haledon, NJ 07508**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

**Borough of Totowa**
**537 Totowa Road**
**Totowa, NJ 07512**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Fortress Holdings, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **City of Paterson** | *Check all that apply.* | | |
| | **155 Market Street** | ■ Contingent | | |
| | **Paterson, NJ 07505** | ■ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For Noticing Purposes Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Division of Taxation** | *Check all that apply.* | | |
| | **124 Halsey Street** | ■ Contingent | | |
| | **2nd Floor** | ■ Unliquidated | | |
| | **Newark, NJ 07102** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For Noticing Purposes Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Special Procedures Branch** | ■ Contingent | | |
| | **PO Box 744** | ■ Unliquidated | | |
| | **Springfield, NJ 07081-0744** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For Noticing Purposes Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Attn: District Director** | ■ Contingent | | |
| | **955 S. Springfield Avenue** | ■ Unliquidated | | |
| | **Springfield, NJ 07081** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For Noticing Purposes Only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| Debtor | **Fortress Holdings, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | **Internal Revenue Service**<br>**Office of the Chief Counsel**<br>**1 Newark Center, Suite 1500**<br>**Newark, NJ 07102** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of the Attorney General**
**Division of Law**
**PO Box 080**
**Trenton, NJ 08625-0080**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Fortress Holdings, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Division of Taxation**
**Sales & Use Tax**
**PO Box 999**
**Trenton, NJ 08625**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Division of Taxation - GIT**
**50 Barrack Street**
**PO Box 269**
**Trenton, NJ 08625**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Department of Labor**
**Divison of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625-0059**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney**
**970 Broad Street**
**5th Floor**
**Newark, NJ 07102**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Fortress Holdings, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Durante Rentals, LLC**
**145 Huguenot Street, Suite 211**
**New Rochelle, NY 10801**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,750.50 |
|---|---|---|---|

**Kuiken Brothers Company**
**14 Eisenhower Pkwy**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **8328**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,275,000.00 |
|---|---|---|---|

**Paul Qassis**
**264 Columbia Avenue**
**Lodi, NJ 07644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Loans made to the Debtor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,597.51 |
|---|---|---|---|

**Schindler Elevator**
**20 Whippany Road**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **1933**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shore Systems Group LLC**
**Law Offices of Robert S. Dowd, Jr. LLC**
**100 Challenger Road, Suite 100**
**Ridgefield Park, NJ 07660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Rentals (North America), Inc.**
**222 Bergen Turnpike**
**Ridgefield Park, NJ 07660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Fortress Holdings, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam K. Musgrave**<br>**c/o Tonacchio, Spina & Compitello**<br>**788 Shrewsbury Avenue, Suite 2209**<br>**Tinton Falls, NJ 07724** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Aymen Aboushi, Esq.**<br>**155 Market Street**<br>**2nd Floor**<br>**Paterson, NJ 07505** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Durante Rental LLC**<br>**738 South 3rd Avenue**<br>**Mount Vernon, NY 10550** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Kristin M. Corrado, Esq.**<br>**142 Totowa Road, Suite 2**<br>**Totowa, NJ 07512** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Matthew Lakind, Esq.**<br>**Tesser & Cohen**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Matthew Lakind, Esq.**<br>**Tesser & Cohen**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Robert S. Dowd, Jr.**<br>**c/o Law Offices of Robert S. Dowd, Jr.**<br>**100 Challenger Road, Suite 100**<br>**Ridgefield Park, NJ 07660** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 9,351,348.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,351,348.01 |

**Fill in this information to identify the case:**

Debtor name    **Fortress Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Fortress Holdings, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **491 Broad Holdings LLC** | **82 Lawrence Avenue Deal, NJ 07723** | **Samna Construction & Steel Fabrication** | ■ D   **2.7**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Abdallah Issa** | **912 Belmont Avenue North Haledon, NJ 07508** | **Samna Construction & Steel Fabrication** | ■ D   **2.7**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Abdallah Issa** | **912 Belmont Avenue North Haledon, NJ 07508** | **Bogota Savings Bank** | ■ D   **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Alexander Zurawskyj** | **67-85 Doremus Avenue Newark, NJ 07105** | **Samna Construction & Steel Fabrication** | ■ D   **2.7**<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Alexander Zurawskyj** | **67-85 Doremus Avenue Newark, NJ 07105** | **Bogota Savings Bank** | ■ D   **2.3**<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Fortress Holdings, LLC**                                      Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.6 | **Bogota Savings Bank** | 819 Teaneck Road<br>Teaneck, NJ 07666 | Samna Construction<br>& Steel Fabrication | ■ D  __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Bogota Savings Bank** | 819 Teaneck Road<br>Teaneck, NJ 07666 | Tivuna Inc. | ■ D  __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Centra 491 Broad Partners LLC** | 336 W. Passaic Street<br>Rochelle Park, NJ 07662 | Samna Construction<br>& Steel Fabrication | ■ D  __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Eastern Concrete Materials Inc.** | 250 Pehle Avenue<br>Suite 503<br>Saddle Brook, NJ 07663 | Bogota Savings Bank | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Eastern Concrete Materials Inc.,** | 250 Pehle Avenue<br>Suite 503<br>Saddle Brook, NJ 07663 | Samna Construction<br>& Steel Fabrication | ■ D  __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Herc Rental Inc.** | c/o Alexander Zurawskyj<br>67-85 Doremus Avenue<br>Newark, NJ 07105 | Bogota Savings Bank | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Majid Krikor** | 18248 Clairmont Cicle East<br>Northville, MI 48168 | Bogota Savings Bank | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Fortress Holdings, LLC**_____     Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 **Majid Krikor** | 18248 Clairmont Cicle East<br>Northville, MI 48168 | **Abdallah Issa** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | **Kaufman, Semeraro & Leibman, LLP** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | **Bogota Savings Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | **Samna Construction & Steel Fabrication** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | **United Rentals (North America), Inc.** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.18 **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | **Durante Rentals, LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.19 **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | **Abdallah Issa** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | **Eastern Concrete Materials Inc.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Fortress Holdings, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.21 | **Perta Holdings LLC** | 60 Montclair Avenue Cedar Grove, NJ 07009 | **Shore Systems Group LLC** | ☐ D _____ ■ E/F **3.5** ☐ G _____ |
| 2.22 | **Perta Holdings LLC** | 60 Montclair Avenue Cedar Grove, NJ 07009 | **Samna Construction & Steel Fabrication** | ■ D **2.7** ☐ E/F _____ ☐ G _____ |
| 2.23 | **SA-FE Glass Inc.** | 206 W Kendig Road Willow Street, PA 17584 | **Samna Construction & Steel Fabrication** | ■ D **2.7** ☐ E/F _____ ☐ G _____ |
| 2.24 | **SA-FE Glass Inc.** | 206 W Kendig Road Willow Street, PA 17584 | **Bogota Savings Bank** | ■ D **2.3** ☐ E/F _____ ☐ G _____ |
| 2.25 | **Salem El Samna** | 75 Dale Avenue Paterson, NJ 07501 | **Bogota Savings Bank** | ■ D **2.3** ☐ E/F _____ ☐ G _____ |
| 2.26 | **Samna Construction & Steel Fabrication** | 75 Dale Avenue Paterson, NJ 07501 | **Bogota Savings Bank** | ■ D **2.3** ☐ E/F _____ ☐ G _____ |
| 2.27 | **Schindler Elevator Corp.** | 20 Whippany Road Morristown, NJ 07960 | **Tivuna Inc.** | ■ D **2.9** ☐ E/F _____ ☐ G _____ |
| 2.28 | **Sherwin-Williams Co.** | 185 Moonachie Rd. Moonachie, NJ 07074 | **Samna Construction & Steel Fabrication** | ■ D **2.7** ☐ E/F _____ ☐ G _____ |

Debtor    **Fortress Holdings, LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.29 | **Tivuna Inc.** | | **Samna Construction & Steel Fabrication** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.30 | **Tivuna Inc.** | **5726 1st Avenue**<br>**Brooklyn, NY 11220** | **Bogota Savings Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Fortress Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    Income

---

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | 0.00 |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | 0.00 |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | 0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

| Debtor | **Fortress Holdings, LLC** | | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Express** PO Box 1270 Newark, NJ 07101-1270 | **12/26/2024, 1/7/2025, 1/15/2025** | **$10,921.29** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Credit card payments** |
| 3.2. **Amazing Paving** 599 Broadway Paterson, NJ 07514 | **1/15/2025** | **$8,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.3. **Spartan Electric** 172 Knapp Avenue Clifton, NJ 07011 | **11/1/2024 - 1/30/2025** | **$36,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.4. **Fredy David Quevedo Cabrera** Painter | **11/1/2024 - 1/30/2025** | **$12,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.5. **Julio Josue Pacheco Quevedo** Painter | **11/1/2024 - 1/30/2025** | **$12,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.6. **Framers (3)** | **11/1/2024 - 1/30/2025** | **$60,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bank of America** **900 Samoset Drive** **DE5-023-03-02** **Newark, DE 19713** **Personal credit card in the name of Paul Qassis** | **4/18/2024, 5/6/2024, 6/25/2024, 8/20/2024** | **$43,000.00** | **Payments for credit card purchases related to Fortress Project** |

Debtor    **Fortress Holdings, LLC**                                      Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.    **American Express<br>PO Box 1270<br>Newark, NJ 07101-1270<br>Personal credit card in the name of<br>Real Time Systems Inc.** | **8/19/2024,<br>12/26/2024,<br>1/7/2025,<br>1/15/2025** | **$24,509.53** | **Payments for credit card<br>purchases related to Fortress<br>Project** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Bogota Savings Bank vs Fortress Holdings LLC, el al.<br>BER-L-2337-24** | **Civil** | **Superior Court of New Jersey<br>Bergen County, Law Division<br>10 Main Street<br>Hackensack, NJ 07601** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **Kaufman Semeraro & Eibman LLP vs Fortress Holdings, LLC, et al.<br>BER-L-0980-22** | **Civil** | **Superior Court of New Jersey<br>Bergen County, Law Division<br>10 Main Street<br>Hackensack, NJ 07601** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3.    **Samna Construction & Steel Fabrication, LLC Vs Fortress Holdings LLC, et al.<br>PAS-L-2641-24** | **Civil** | **Superior Court of New Jersey<br>Passaic County, Law Division<br>77 Hamilton Street<br>Paterson, NJ 07505** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.    **Sa-Fe Glass, Inc. Vs Fortress Holdings, LLC<br>PAS-L-1046-22** | **Civil** | **Superior Court of New Jersey<br>Passaic County, Law Division<br>77 Hamilton Street<br>Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor  **Fortress Holdings, LLC**

Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **Eastern Concrete Materials Inc. vs. Fortress Holdings LLC, et al**<br>BER-L-4692-23 | Civil | Superior Court of New Jersey<br>Passaic County, Law Division<br>77 Hamilton Street<br>Paterson, NJ 07505 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. **Abdallah Issa v. Fortess Holdings LLC, et al.**<br>PAS-C-153-23 | Civil | Superior Court of New Jersey<br>Passaic County, Chancery Division<br>77 Hamilton Street<br>Paterson, NJ 07505 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Bogota Savings Bank vs. Fortress Holdings LLC, et al.**<br>SWC-F-3938-24 | Foreclosure | Superior Court of New Jersey<br>Passaic County, Chancery Division<br>77 Hamilton Street<br>Paterson, NJ 07505 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:** **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:** **Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Fortress Holdings, LLC**                                            Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Trenk Isabel Siddiqi & Shahdanian P.C. 290 W. Mt. Pleasant Avenue Suite 2370 Livingston, NJ 07039** | **Attorney Fees** | **1/7/2025** | **$10,000.00** |
| **Email or website address rtrenk@trenkisabel.law** | | | |
| **Who made the payment, if not debtor? Paul Qassis** | | | |
| 11.2. **Trenk Isabel Siddiqi & Shahdanian P.C. 290 W. Mt. Pleasant Avenue Suite 2370 Livingston, NJ 07039** | **Attorney Fees** | **1/29/2025** | **$40,000.00** |
| **Email or website address rtrenk@trenkisabel.law** | | | |
| **Who made the payment, if not debtor? William Echeverri** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Fortress Holdings, LLC**                                        Case number *(if known)* _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TD Bank NA**<br>**1701 Marlton Pike E Ste 200**<br>**Cherry Hill, NJ 08003** | XXXX-6026 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/9/2024 | $2,000.42 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

| Debtor | **Fortress Holdings, LLC** | Case number *(if known)* | |

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Paul Qassis**<br>**264 Columbia Avenue**<br>**Lodi, NJ 07644** | |

Debtor    **Fortress Holdings, LLC**                                            Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Qassis | 264 Columbia Avenue Lodi, NJ 07644 | Managing Member | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Majid Krikor | 18248 Clairmont Circle East Northville, MI 48168 | Managing Member | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Debtor    **Fortress Holdings, LLC**                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **UAG Central NJ LLC**<br>**816 US Highway 1**<br>**Edison, NJ 08817** | **$40,000.00** | **4/22/2024** | **Funds to purchase vechile** |
| | Relationship to debtor | | | |
| 30.2. | **Bank of America**<br>**PO Box 25118**<br>**Tampa, FL 33622-5118** | **$76,000.00** | **3/1/2024, 3/8/2024, 7/9/2024, 9/3/2024, 10/4/2024, 10/7/2024, 10/24/2024** | **Payments on account of goods/services provided by Paul Qassis** |
| | Relationship to debtor | | | |
| 30.3. | **TD Bank NA**<br>**1701 Marlton Pike E Ste 200**<br>**Cherry Hill, NJ 08003** | **$25,000.00** | **4/22/2024** | **Payments on account of goods/services provided by Paul Qassis** |
| | Relationship to debtor | | | |
| 30.4. | **Navy Federal Credit Union**<br>**820 Follin Lane SE**<br>**Vienna, VA 22180** | **$17,520.15** | **3/4/2024, 5/6/2024, 5/6/2024, 6/11/2024, 6/11/2024, 6/27/2024** | **Payments on account of goods/services provided by Paul Qassis** |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Fortress Holdings, LLC**                                    Case number *(if known)*

---

<div style="background:black;color:white">**Part 14:**</div>    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

| | |
|---|---|
| **/s/ Paul Qassis** | **Paul Qassis** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Managing Member**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re **Fortress Holdings, LLC** _____    Case No. _____
                                         Debtor(s)            Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $   **Fees & expenses allowed**
                                                                              **by the Bankruptcy Court**

    Prior to the filing of this statement I have received _____  $        **50,000.00\*\*\***

    Balance Due _____  $   **Fees & expenses allowed**
                                                                       **by the Bankruptcy Court**

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **General representation of the Debtor in this Chapter 11 case as set forth in the Application for Retention of
        Trenk Isabel Siddiqi & Shahdanian P.C., as counsel to the Debtor.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 30, 2025** _____            **/s/ Richard D. Trenk** _____
_Date_                                                   **Richard D. Trenk**
                                                         _Signature of Attorney_
                                                         **Trenk Isabel Siddiqi & Shahdanian P.C.**
                                                         **290 W. Mt. Pleasant Avenue**
                                                         **Suite 2370**
                                                         **Livingston, NJ 07039**
                                                         **(973) 533-1000  Fax: (973) 533-1111**
                                                         **rtrenk@trenkisabel.law**
                                                         _Name of law firm_

---

 **\*\*\* Prior to the Petition Date, Trenk Isabel Siddiqi & Shahdanian P.C. ("TISS"), received and deposited in trust the sum of
$50,000.00, representing the retainer plus filing fees. TISS applied $15,452.70 in payment of invoices for fees and the filing
fees incurred prior to the Petition Date. TISS maintains a retainer of $34,547.30.**

## United States Bankruptcy Court
### District of New Jersey

In re  **Fortress Holdings, LLC**                                    Case No. _____

                                    Debtor(s)          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Majid Krikor**<br>**18248 Clairmont Cicle East**<br>**Northville, MI 48168** | | **50** | |
| **Paul Qassis**<br>**60 Montclair Avenue**<br>**Cedar Grove, NJ 07009** | | **50** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 30, 2025** _____     Signature  **/s/ Paul Qassis** _____

                                                        **Paul Qassis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Fortress Holdings, LLC** _____   Case No. _____

_____   Chapter   **11** _____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **January 30, 2025** _____        **/s/ Paul Qassis** _____

**Paul Qassis**/**Managing Member**
Signer/Title

.

```
491 Broad Holdings LLC
82 Lawrence Avenue
Deal, NJ 07723


Abdallah Issa
81 Franklin Place
Totowa, NJ 07512-2689


Abdallah Issa
912 Belmont Avenue
North Haledon, NJ 07508


Adam K. Musgrave
c/o Tonacchio, Spina & Compitello
788 Shrewsbury Avenue, Suite 2209
Tinton Falls, NJ 07724


Alexander Zurawskyj
on behalf of Herc Rentals, Inc.
67-85 Doremus Avenue
Newark, NJ 07105


Alexander Zurawskyj
67-85 Doremus Avenue
Newark, NJ 07105


Aymen Aboushi, Esq.
155 Market Street
2nd Floor
Paterson, NJ 07505


Bogota Savings Bank
819 Teaneck Avenue
Teaneck, NJ 07666


Bogota Savings Bank
819 Teaneck Road
Teaneck, NJ 07666


Borough of Haledon
510 Belmont Avenue
Haledon, NJ 07508
```

Borough of Totowa
537 Totowa Road
Totowa, NJ 07512


Bruce H. Dexter
Dexter & Kilcoyne
90 Main Street
Hackensack, NJ 07601


Bruce H. Dexter, Esq.
Dexter & Kilcoyne
90 Main Street
Hackensack, NJ 07601


Centra 491 Broad Partners LLC
336 W. Passaic Street
Rochelle Park, NJ 07662


City of Paterson
155 Market Street
Paterson, NJ 07505


Crew Schielke, Esq.
619 River Drive Suite 340
Elmwood Park, NJ 07407


Division of Taxation
124 Halsey Street
2nd Floor
Newark, NJ 07102


Durante Rental LLC
738 South 3rd Avenue
Mount Vernon, NY 10550


Durante Rentals, LLC
145 Huguenot Street, Suite 211
New Rochelle, NY 10801


Eastern Concrete Materials Inc.
250 Pehle Avenue
Suite 503
Saddle Brook, NJ 07663

Eastern Concrete Materials Inc.,
250 Pehle Avenue
Suite 503
Saddle Brook, NJ 07663


Herc Rental Inc.
c/o Alexander Zurawskyj
67-85 Doremus Avenue
Newark, NJ 07105


Internal Revenue Service
Special Procedures Branch
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
Attn: District Director
955 S. Springfield Avenue
Springfield, NJ 07081


Internal Revenue Service
Office of the Chief Counsel
1 Newark Center, Suite 1500
Newark, NJ 07102


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kaufman, Semeraro & Leibman, LLP
c/o Semeraro & Fahrney LLP
155 Route 46, Suite 109
Wayne, NJ 07470


Kristin M. Corrado, Esq.
142 Totowa Road, Suite 2
Totowa, NJ 07512


Kuiken Brothers Company
14 Eisenhower Pkwy
Roseland, NJ 07068


Majid Krikor
18248 Clairmont Cicle East
Northville, MI 48168

Matthew Lakind, Esq.
Tesser & Cohen
946 Main Street
Hackensack, NJ 07601


Michael P. DeMarco Esq.
DeMarco & DeMarco, Esqs.
912 Belmont Avenue
North Haledon, NJ 07508


New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


Office of the Attorney General
Division of Law
PO Box 080
Trenton, NJ 08625-0080


Paul Qassis
264 Columbia Avenue
Lodi, NJ 07644


Perta Holdings LLC
60 Montclair Avenue
Cedar Grove, NJ 07009


Robert S. Dowd, Jr.
c/o Law Offices of Robert S. Dowd, Jr.
100 Challenger Road, Suite 100
Ridgefield Park, NJ 07660


SA-FE Glass Inc.
 206 W Kendig Road
Willow Street, PA 17584


SA-FE Glass Inc.
206 W Kendig Road
Willow Street, PA 17584


Sa-Fe Glass, Inc.
206 W. Kendig Road
Willow Street, PA 17584

Saad Admani, Esq.
ADMANI LAW LLC
95 Columbus Drive, 16th Floor
Jersey City, NJ 07302


Salem El Samna
75 Dale Avenue
Paterson, NJ 07501


Samna Construction & Steel Fabrication
75 Dale Avenue
Paterson, NJ 07501


Schindler Elevator
20 Whippany Road
Morristown, NJ 07960


Schindler Elevator Corp.
20 Whippany Road
Morristown, NJ 07960


Sherwin-Williams Co.
101 W Prospect Ave
Cleveland, OH 44115


Sherwin-Williams Co.
185 Moonachie Rd.
Moonachie, NJ 07074


Shore Systems Group LLC
Law Offices of Robert S. Dowd, Jr. LLC
100 Challenger Road, Suite 100
Ridgefield Park, NJ 07660


Solomon A. Rosengarten, Esq.
1704 Avenue M
Brooklyn, NY 11230


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625

State of New Jersey
Division of Taxation - GIT
50 Barrack Street
PO Box 269
Trenton, NJ 08625


State of New Jersey
Department of Labor
Divison of Employer Accounts
PO Box 379
Trenton, NJ 08625-0059


Tivuna Inc.
5726 1st Avenue
Brooklyn, NY 11220


Tivuna Inc.


United Rentals (North America), Inc.
222 Bergen Turnpike
Ridgefield Park, NJ 07660


United States Attorney
970 Broad Street
5th Floor
Newark, NJ 07102


US Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

# United States Bankruptcy Court
### District of New Jersey

In re    **Fortress Holdings, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fortress Holdings, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 30, 2025**

Date

**/s/ Richard D. Trenk**

**Richard D. Trenk**

Signature of Attorney or Litigant

Counsel for   **Fortress Holdings, LLC**

**Trenk Isabel Siddiqi & Shahdanian P.C.**
**290 W. Mt. Pleasant Avenue**
**Suite 2370**
**Livingston, NJ 07039**
**(973) 533-1000 Fax:(973) 533-1111**
**rtrenk@trenkisabel.law**