| | |
|---|---|
| DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Fran B. Steele, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Email: Fran.B.Steele@usdoj.gov | Order Filed on April 1, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Fortress Holdings, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10977 (VFP)<br><br>Hearing Date: TBD<br><br>The Honorable Vincent F. Papalia |

**ORDER DENYING MOTION TO DISMISS CASE OR, IN THE ALTERNATIVE, CONVERT CASE TO CHAPTER 7**

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: April 1, 2025**

......

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2).**
Fortress Holdings, LLC
Chapter 11 Case No.: 25-10977 (VFP)
**Order Denying Motion to Dismiss Case or Convert Case to Chapter 7**

___

Upon consideration of the Motion (the "Motion") of the United States Trustee, by and through counsel, for an Order to Dismiss the Case, or Alternatively to Convert the Case to Chapter 7, pursuant to 11 U.S.C. § 1112(b), as the Motion was supported by the Secured Creditor, Bogota Savings Bank (the "Bank"), and notice of the Motion having been given to the Debtor, Debtor's counsel, Secured Creditors and parties who filed a Notice of Appearance, and the Court having considered the submissions of the parties and the arguments of counsel at a hearing held on April 1, 2025 (the "Hearing"), and having found good cause for denial of the Motion for the reasons set forth on the record at the Hearing, it is hereby:

**ORDERED,** that the Morion is **DENIED**, and it is further

**ORDERED**, that within ten (10) days of entry of this Order, the Debtor shall provide to the Bank or its counsel a copy of a Certificate of Insurance with respect to the Debtor's properties that are subject to the Bank's mortgage which names the Bank as Loss Payee (or other customary term of similar meaning), in the manner required by the Bank's mortgage.

**(Page 3)**

Fortress Holdings, LLC
Chapter 11 Case No.: 25-10977 (VFP)
**Order Converting Case to Chapter 7**

---

      **ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and further;

      **ORDERED** that the Debtor or chapter 11 trustee shall:

- Immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her control,

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed.