# EXHIBIT B

Fortress Holdings LLC
25-10977-VFP
5 Year Projections

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **New Value** | | | | | |
| Payments from Golden Sky Chariot LLC (1) | 2,050,000 | 2,152,500 | 2,260,125 | 2,373,131 | 2,491,788 |
|  | 2,050,000 | 2,152,500 | 2,260,125 | 2,373,131 | 2,491,788 |
| | | | | | |
| Real Estate Taxes (assumes 2/5% increase per annum) | 114,408 | 116,696 | 119,030 | 121,411 | 123,839 |
| Utilities | 125,000 | 126,250 | 127,513 | 128,788 | 130,076 |
| Insurance | 155,000 | 156,550 | 158,116 | 159,697 | 161,294 |
| Bank Fees | 360 | 360 | 360 | 360 | 360 |
| Maintenance | 12,500 | 12,625 | 12,751 | 12,879 | 13,008 |
| Misc Expenses | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| US Trustee Fees | 2,500 | | | | |
|  | 412,268 | 414,981 | 420,269 | 425,634 | 431,076 |
| | | | | | |
| Bogota Bank $15.8 mil, 7.5%, 25 yr (2) | 1,056,759 | 1,409,012 | 1,409,012 | 1,409,012 | 1,409,012 |
| SBA $128,422.50, 7.5%, 5 yr | 30,880 | 30,880 | 30,880 | 30,880 | 30,880 |
| Other Secured Creditors $725,811, 7.5%, 5 yr | 174,525 | 174,276 | 174,276 | 174,276 | 174,276 |
| Admin Fees & Priority Tax Claims | 175,000 | | | | |
| Unsecured Claims $500,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
|  | 1,537,164 | 1,714,168 | 1,714,168 | 1,714,168 | 1,714,168 |
| | | | | | |
| Beginning Cash | - | 100,568 | 123,918 | 249,606 | 482,935 |
| Ending Cash | 100,568 | 123,918 | 249,606 | 482,935 | 829,479 |

(1) Assumes CO is obtained and operations commence on October 1, 2025.
(2) Assumes interest rate of 7.5% resulting in montly payment of $117,417.60 to commence three months after effective date.
For every 1/4 precent flucuation in interest rate, monthly payment will increase or decrease by $2,575.71 ($30,908.52/ annum)

6/23/2025

Fortress Holdings LLC
25-10977-VFP

Golden Sky Chariot LLC ("Golden Sky") projects a launch date of October 1,2025. The projections anticipate hiring of a chef, banquet manager and marketing manager upon the of the issuance of the Debtor's required CO. The payroll costs and payroll taxes along with other start-up costs prior to substantial revenues from catering events are estimated to be $875,000. These costs along with estimated third quarter taxes, utilities and insurance for the Debtor of $125,000 will be additional contributions made by Mr. Issa or his designee.

Golden Sky's first year revenue and gross profit of $9,741,000 and $6,331,650 are based on the following:

1) Revenue assumptions:
    a. Oct 2025 monthly revenue of $360,000 (3 events per week, 200 guests per event @ $150 per plate)
    b. Nov 2025 monthly revenue of $405,000 (3 events per week, 225 guests per event @ $150 per plate)
    c. Dec 2025 monthly revenue of $480,000 (4 events per week, 200 guests per event @ $150 per plate)
    d. Jan 2025 through February 2026 monthly revenue of $600,000 (4 events per week, 250 guests per event @ $150 per plate)
    e. March 2025 monthly revenue of $750,000 (5 events per week, 250 guests per event @ $150 per plate)
    f. April 2026 through June 2026 and August 2026 monthly revenue of $909,000 (5 events per week, 303 guests per event @ $150 per plate)
    g. July 2026 and September 2026 monthly revenue of $1,455,000 (5 events per week, 485 guests per event @ $150 per plate)

2) Cost of Goods Sold ("COGS") is assumed to be 35%. COGS consist of food ingredients, Direct labor and taxes (kitchen staff, servers) and other disposable supplies.

Golden Sky Chariot  LLC
October 2025 - September 2026

|  | Oct-25 | 25-Nov | 25-Dec | 26-Jan | 26-Feb | 26-Mar | 26-Apr | 26-May | 26-Jun | 26-Jul | 26-Aug | 26-Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL REVENUES** | $360,000.00 | $405,000.00 | 480,000.00 | 600,000.00 | 600,000.00 | 750,000.00 | 909,000.00 | 909,000.00 | 909,000.00 | 1,455,000.00 | 909,000.00 | 1,455,000.00 | 9,741,000.00 |
| **COGS @35%** | 126,000.00 | 141,750.00 | 168,000.00 | 210,000.00 | 210,000.00 | 262,500.00 | 318,150.00 | 318,150.00 | 318,150.00 | 509,250.00 | 318,150.00 | 509,250.00 | 3,409,350.00 |
| **GROSS PROFIT** | **234,000.00** | **263,250.00** | **312,000.00** | **390,000.00** | **390,000.00** | **487,500.00** | **590,850.00** | **590,850.00** | **590,850.00** | **945,750.00** | **590,850.00** | **945,750.00** | **6,331,650.00** |
| **OPERATING EXPENSES** | | | | | | | | | | | | | |
| Advertising | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 60,000.00 |
| Car & Truck Expense | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 14,400.00 |
| Office Expense | 179.00 | 179.00 | 179.00 | 286.00 | 286.00 | 286.00 | 404.00 | 404.00 | 404.00 | 708.00 | 637.00 | 573.00 | 4,525.00 |
| Payroll Taxes | 16,042.00 | 16,042.00 | 16,042.00 | 16,042.00 | 16,042.00 | 16,042.00 | 16,042.00 | 16,042.00 | 16,042.00 | 16,042.00 | 16,042.00 | 16,042.00 | 192,504.00 |
| Rent - Equipment | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 12,000.00 |
| Repair & Maintainance | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 96,000.00 |
| full Time Employees (Chef, Manager, Marketing) | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 450,000.00 |
| Services, Outside | 36,000.00 | 40,500.00 | 48,000.00 | 60,000.00 | 60,000.00 | 75,000.00 | 90,900.00 | 90,900.00 | 90,900.00 | 145,500.00 | 90,900.00 | 145,500.00 | 974,100.00 |
| Office Supplies | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 12,000.00 |
| Taxes & License | 217.00 | 217.00 | 217.00 | 217.00 | 217.00 | 217.00 | 217.00 | 217.00 | 217.00 | 217.00 | 217.00 | 217.00 | 2,600.00 |
| Insurance | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| Payments to Fortress | 25,000.00 | 50,000.00 | 50,000.00 | 125,000.00 | 125,000.00 | 150,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 275,000.00 | 300,000.00 | 350,000.00 | 2,050,000.00 |
| **TOTAL OPERATING EXPENSES** | **131,638.00** | **161,138.00** | **168,638.00** | **255,745.00** | **255,745.00** | **295,745.00** | **361,763.00** | **361,763.00** | **361,763.00** | **491,667.00** | **461,996.00** | **566,532.00** | **3,874,133.00** |
| **OPERATING PROFIT** | **102,362.00** | **102,112.00** | **143,362.00** | **134,255.00** | **134,255.00** | **191,755.00** | **229,087.00** | **229,087.00** | **229,087.00** | **454,083.00** | **128,854.00** | **379,218.00** | **2,457,517.00** |
| **OTHER INC/EXP** | | | | | | | | | | | | | |
| LIQUOR EXPENSES | 90,000 | 101,250 | 120,000 | 150,000 | 150,000 | 187,500 | 227,250 | 227,250 | 227,250 | 363,750 | 227,250 | 363,750 | 2,435,250 |
| **NET PROFIT** | **12,362** | **862** | **23,362** | **-15,745** | **-15,745** | **4,255** | **1,837** | **1,837** | **1,837** | **90,333** | **-98,396** | **15,468** | **22,267** |
| **ENDING CASH** | **12,362** | **13,224** | **36,586** | **20,841** | **5,096** | **9,351** | **11,188** | **13,025** | **14,862** | **105,195** | **6,799** | **22,267** | **22,267** |