# EXHIBIT C

Fortress Holdings LLC
25-10977-VFP
Chapter 11 Liquidation Analysis

| | |
|---|---:|
| Appraised Value of Building AS is (1) | 24,000,000 |
| Broker Fees & Closing Cost(10%) | (2,400,000) |
| Proceeds from Sale of Building | 21,600,000 |
| | |
| Less: | |
| Bogota Debt | 15,888,917 |
| SBA Claim | 128,423 |
| Other Secured Lenders | 725,811 |
| Total Secured Debt | 16,743,150 |
| | |
| Chapter 7 Fees | 971,000 |
| Chapter 11 Admin Fees | 175,000 |
| DIP Financing with Interest | 840,000 |
| Real Estate Taxes | 28,602 |
| | 2,014,602 |
| | |
| Amount Available for Unsecured Creditors | 2,842,248 |

(1) April 6, 2023 Apraisal by Cushman & Wakefield