**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@tisslaw.com
Email: rroglieri@tisslaw.com

*Counsel to Fortress Holdings, LLC,*
*Chapter 11 Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| FORTRESS HOLDINGS, LLC, | Case No. 25-10977 (VFP) |
| Debtor. | |

**VERIFIED STATUS REPORT CONCERNING ISSUANCE**
**OF CERTIFICATE OF OCCUPANCY**

Fortress Holdings, LLC, Chapter 11 debtor and debtor-in-possession (the "**Debtor**"), by and through Trenk Isabel Siddiqi & Shahdanian P.C., hereby submits the following update concerning the status of issuance of the Certificate of Occupancy:

1.      On July 1, 2025, the electrical inspection provided approval. See Exhibit "**A**" annexed hereto.

2.      On July 7, 2025, the fire inspection provided approval. See Exhibit "**B**" annexed hereto.

3.      The sprinkler system has also been approved but the Debtor was not given an approval certification/sticker.

4.      The final inspections which are in the midst of being scheduled involve the Building and Health Departments.

5.      Annexed hereto as Exhibit "C" is the vent certification dated July 8, 2025 requested by the plumbing inspector.  The plumbing inspection is now in the midst of being scheduled for on or before July 14, 2025.

6.      The railing along Preakness Avenue which the County requested was repaired. See Exhibit "D" annexed hereto.

7.      The kitchen floor has been repaired. See Exhibit "E' annexed hereto.

8.      The make up air balancing report dated June 19, 2025 has been provided. See Exhibit "F" annexed hereto.

9.      PSE&G has dug a new hole [See Exhibit "G"] and intends to set the concrete base for a new pole on July 9, 2025.  Thereafter, the base concrete must cure for at least two (2) days and then the pole will be installed. Mr. Qassis has been advised that this will not hold up issuance of the Certificate of Occupancy insofar as the work to be done must be done by the utility company.

10.     No unexpected issues have been raised and, therefore, the Debtor is on target to obtain the Certificate of Occupancy in the immediate future.

Dated: July 8, 2025

**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**

By: _/s/ Richard D. Trenk, Esq._
        Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@tisslaw.com
Email: rroglieri@tisslaw.com

*Counsel to Fortress Holdings, LLC,*
*Chapter 11 Debtor and Debtor-in-Possession*

4899-7210-3715, v. 1

## VERIFICATION

**PAUL QASSIS**, of full age, certifies as follows:

1.     I am a manager and fifty (50%) percent owner of Fortress Holdings, LLC, the debtor and debtor-in-possession to which this verification is attached. All of the facts stated above are true, and as to those facts that are alleged on information and belief, I believe those facts to be true.

2.     I certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

PAUL QASSIS

DATED:  July 8, 2025

3

4899-7210-3715, v. 1