| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fortress Holdings, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 25-10977 |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X **/s/ Paul Qassis**
Signature of individual signing on behalf of debtor

**Paul Qassis**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Fortress Holdings, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): **25-10977**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address
**Borough of Haledon**
**510 Belmont Avenue**
**Haledon, NJ 07508**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: **$0.00**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2**  Priority creditor's name and mailing address
**Borough of Totowa**
**537 Totowa Road**
**Totowa, NJ 07512**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: **$0.00**    Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Fortress Holdings, LLC | Case number (if known) | 25-10977 |
|---|---|---|---|
| | Name | | |

### 2.3

**Priority creditor's name and mailing address**
City of Paterson
155 Market Street
Paterson, NJ 07505

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### 2.4

**Priority creditor's name and mailing address**
Division of Taxation
124 Halsey Street
2nd Floor
Newark, NJ 07102

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### 2.5

**Priority creditor's name and mailing address**
Internal Revenue Service
Special Procedures Branch
PO Box 744
Springfield, NJ 07081-0744

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### 2.6

**Priority creditor's name and mailing address**
Internal Revenue Service
Attn: District Director
955 S. Springfield Avenue
Springfield, NJ 07081

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **Fortress Holdings, LLC**
Name

Case number (if known) **25-10977**

---

**2.7**   Priority creditor's name and mailing address
**Internal Revenue Service**
**Office of the Chief Counsel**
**1 Newark Center, Suite 1500**
**Newark, NJ 07102**

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8**   Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.9**   Priority creditor's name and mailing address
**New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.10**   Priority creditor's name and mailing address
**Office of the Attorney General**
**Division of Law**
**PO Box 080**
**Trenton, NJ 08625-0080**

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Fortress Holdings, LLC**
      Name

Case number (if known) **25-10977**

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **State of New Jersey<br>Division of Taxation<br>Sales & Use Tax<br>PO Box 999<br>Trenton, NJ 08625** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **State of New Jersey<br>Division of Taxation - GIT<br>50 Barrack Street<br>PO Box 269<br>Trenton, NJ 08625** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **State of New Jersey<br>Department of Labor<br>Divison of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0059** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **United States Attorney<br>970 Broad Street<br>5th Floor<br>Newark, NJ 07102** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Fortress Holdings, LLC | Case number (if known) | 25-10977 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Amber Addrow-Pierson**<br>**PO Box 82**<br>**Southfield, MI 48037**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **Unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Durante Rentals, LLC**<br>**145 Huguenot Street, Suite 211**<br>**New Rochelle, NY 10801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** **For Noticing Purposes Only**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Kuiken Brothers Company**<br>**14 Eisenhower Pkwy**<br>**Roseland, NJ 07068**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **8328** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$17,750.50** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Paul Qassis**<br>**264 Columbia Avenue**<br>**Lodi, NJ 07644**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loans made to the Debtor**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$9,275,000.00** |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>**Schindler Elevator**<br>**20 Whippany Road**<br>**Morristown, NJ 07960**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **1933** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$58,597.51** |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>**Shore Systems Group LLC**<br>**Law Offices of Robert S. Dowd, Jr. LLC**<br>**100 Challenger Road, Suite 100**<br>**Ridgefield Park, NJ 07660**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** **For Noticing Purposes Only**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>**Three Crown Development LLC**<br>**c/o Alix Claps, Esq.**<br>**Heymann & Fletcher**<br>**1201 Sussex Turnpike, PO Box 518**<br>**Randolph, NJ 07869**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **Unknown** |

| Debtor | Fortress Holdings, LLC | Case number (if known) | 25-10977 |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **United Rentals (North America), Inc.**<br>**222 Bergen Turnpike**<br>**Ridgefield Park, NJ 07660** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **For Noticing Purposes Only**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam K. Musgrave**<br>**c/o Tonacchio, Spina & Compitello**<br>**788 Shrewsbury Avenue, Suite 2209**<br>**Tinton Falls, NJ 07724** | Line **3.6**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Aymen Aboushi, Esq.**<br>**155 Market Street**<br>**2nd Floor**<br>**Paterson, NJ 07505** | Line **2.3**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Durante Rental LLC**<br>**738 South 3rd Avenue**<br>**Mount Vernon, NY 10550** | Line **3.6**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Kristin M. Corrado, Esq.**<br>**142 Totowa Road, Suite 2**<br>**Totowa, NJ 07512** | Line **2.2**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Matthew Lakind, Esq.**<br>**Tesser & Cohen**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Matthew Lakind, Esq.**<br>**Tesser & Cohen**<br>**946 Main Street**<br>**Hackensack, NJ 07601** | Line **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Robert S. Dowd, Jr.**<br>**c/o Law Offices of Robert S. Dowd, Jr.**<br>**100 Challenger Road, Suite 100**<br>**Ridgefield Park, NJ 07660** | Line **3.6**<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 9,351,348.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,351,348.01 |

**Fill in this information to identify the case:**

Debtor name: **Fortress Holdings, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): 25-10977

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor* — *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **491 Broad Holdings LLC** | 82 Lawrence Avenue<br>Deal, NJ 07723 | **Samna Construction & Steel Fabrication** | ■ D  2.7<br>☐ E/F ___<br>☐ G ___ |
| 2.2 | **Abdallah Issa** | 912 Belmont Avenue<br>North Haledon, NJ 07508 | **Samna Construction & Steel Fabrication** | ■ D  2.7<br>☐ E/F ___<br>☐ G ___ |
| 2.3 | **Abdallah Issa** | 912 Belmont Avenue<br>North Haledon, NJ 07508 | **Bogota Savings Bank** | ■ D  2.3<br>☐ E/F ___<br>☐ G ___ |
| 2.4 | **Alexander Zurawskyj** | 67-85 Doremus Avenue<br>Newark, NJ 07105 | **Samna Construction & Steel Fabrication** | ■ D  2.7<br>☐ E/F ___<br>☐ G ___ |
| 2.5 | **Alexander Zurawskyj** | 67-85 Doremus Avenue<br>Newark, NJ 07105 | **Bogota Savings Bank** | ■ D  2.3<br>☐ E/F ___<br>☐ G ___ |

Official Form 206H    Schedule H: Your Codebtors    Page 1 of 5

| Debtor | **Fortress Holdings, LLC** | Case number *(if known)* | **25-10977** |

### Additional Page to List More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Bogota Savings Bank** | 819 Teaneck Road<br>Teaneck, NJ 07666 | Samna Construction & Steel Fabrication | ■ D  __2.7__<br>☐ E/F ____<br>☐ G  ____ |
| 2.7 | **Bogota Savings Bank** | 819 Teaneck Road<br>Teaneck, NJ 07666 | Tivuna Inc. | ■ D  __2.9__<br>☐ E/F ____<br>☐ G  ____ |
| 2.8 | **Centra 491 Broad Partners LLC** | 336 W. Passaic Street<br>Rochelle Park, NJ 07662 | Samna Construction & Steel Fabrication | ■ D  __2.7__<br>☐ E/F ____<br>☐ G  ____ |
| 2.9 | **Eastern Concrete Materials Inc.** | 250 Pehle Avenue<br>Suite 503<br>Saddle Brook, NJ 07663 | Bogota Savings Bank | ■ D  __2.3__<br>☐ E/F ____<br>☐ G  ____ |
| 2.10 | **Eastern Concrete Materials Inc.,** | 250 Pehle Avenue<br>Suite 503<br>Saddle Brook, NJ 07663 | Samna Construction & Steel Fabrication | ■ D  __2.7__<br>☐ E/F ____<br>☐ G  ____ |
| 2.11 | **Herc Rental Inc.** | c/o Alexander Zurawskyj<br>67-85 Doremus Avenue<br>Newark, NJ 07105 | Bogota Savings Bank | ■ D  __2.3__<br>☐ E/F ____<br>☐ G  ____ |
| 2.12 | **Majid Krikor** | 18248 Clairmont Cicle East<br>Northville, MI 48168 | Bogota Savings Bank | ■ D  __2.3__<br>☐ E/F ____<br>☐ G  ____ |

Debtor **Fortress Holdings, LLC**    Case number *(if known)* **25-10977**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.13 | **Majid Krikor** | 18248 Clairmont Cicle East<br>Northville, MI 48168 | Abdallah Issa | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.14 | **Majid Krikor** | 18248 Clairmont Cicle East<br>Northville, MI 48168 | Amber Addrow-Pierson | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.15 | **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | Kaufman, Semeraro & Leibman, LLP | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | Bogota Savings Bank | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | Samna Construction & Steel Fabrication | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | United Rentals (North America), Inc. | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.19 | **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | Durante Rentals, LLC | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.20 | **Paul Qassis** | 264 Columbia Avenue<br>Lodi, NJ 07644 | Abdallah Issa | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Fortress Holdings, LLC** | Case number *(if known)* | **25-10977** |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.21 | **Paul Qassis** | **264 Columbia Avenue**<br>**Lodi, NJ 07644** | **Eastern Concrete Materials Inc.** | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.22 | **Perta Holdings LLC** | **60 Montclair Avenue**<br>**Cedar Grove, NJ 07009** | **Shore Systems Group LLC** | ☐ D ____<br>■ E/F  3.6<br>☐ G ____ |
| 2.23 | **Perta Holdings LLC** | **60 Montclair Avenue**<br>**Cedar Grove, NJ 07009** | **Samna Construction & Steel Fabrication** | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | **SA-FE Glass Inc.** | **206 W Kendig Road**<br>**Willow Street, PA 17584** | **Samna Construction & Steel Fabrication** | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | **SA-FE Glass Inc.** | **206 W Kendig Road**<br>**Willow Street, PA 17584** | **Bogota Savings Bank** | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | **Salem El Samna** | **75 Dale Avenue**<br>**Paterson, NJ 07501** | **Bogota Savings Bank** | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | **Samna Construction & Steel Fabrication** | **75 Dale Avenue**<br>**Paterson, NJ 07501** | **Bogota Savings Bank** | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | **Schindler Elevator Corp.** | **20 Whippany Road**<br>**Morristown, NJ 07960** | **Tivuna Inc.** | ■ D  2.9<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Fortress Holdings, LLC** | Case number *(if known)* | **25-10977** |

### Additional Page to List More Codebtors
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.29 | **Sherwin-Williams Co.**<br>185 Moonachie Rd.<br>Moonachie, NJ 07074 | **Samna Construction & Steel Fabrication** | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.30 | **Tivuna Inc.** | **Samna Construction & Steel Fabrication** | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.31 | **Tivuna Inc.**<br>5726 1st Avenue<br>Brooklyn, NY 11220 | **Bogota Savings Bank** | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |