**TRENK ISABEL
SIDDIQI &
SHAHDANIAN P.C.**

290 West Mount Pleasant Avenue
Suite 2370
Livingston, NJ 07039

Court Plaza South, West Wing
21 Main Street, Suite 251
Hackensack, NJ 07601

P: 973.533.1000 | F: 973.533.1111 | tisslaw.com

**Richard D. Trenk, Esq.**
rtrenk@trenkisabel.law
(973) 533-1040
Reply to Livingston Office

June 9, 2026

**VIA ECF**
Honorable Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

> **Re:    Fortress Holdings, LLC**
> **Case No. 25-10977(VFP)**
>
> **Opposition to Motion for Conversion to**
> **Chapter 7 Liquidation [ECF 279]/Request for Adjournment**
>
> **Current Hearing Date:  June 16, 2026**

Dear Judge Papalia:

This office represents Debtor Fortress Holdings, LLC ("Fortress") with regard to the above matter. We write to provide the Court with an update concerning various settlement discussions with Bogota Savings Bank ("BSB"). Specifically, as the Court is aware, David Catuogno, Esq. of K & L Gates represents Abdallah Issa, one of the pre-petition and post-petition investors/lenders with regard to Fortress. Mr. Issa has been working with Mr. Krikor to fund various post-petition obligations including the adequate protection payments that have been brought current for BSB as well as the second quarter real estate taxes which were recently paid. Mr. Catuogno and Mr. Stein have been actively negotiating a framework for resolution of BSB's indebtedness and have largely agreed to the essential terms of repayment. The proposed resolution provides for a substantial immediate payment from non-debtor funds Mr. Stein requested "proof of funds" and Mr. Catuogno has provided same. .

As part of the settlement, Mr. Qassis is assigning his interests in the two (2) related entities: Balcony Holdings, LLC and Golden Chariot, LLC. This portion of the transaction has been the subject of numerous meetings and negotiations. Mr. Qassis recently retained separate counsel and the parties are attempting finalize that agreement. Mr. Stein has advised that the Bank will not proceed with finalizing the global settlement until the agreement with Mr. Qassis is finalized in writing.

Assuming the Qassis agreement is finalized and the parties proceed to finalize the resolution with the Bank, the Motion to Convert would be withdrawn. Based upon the foregoing,

Honorable Vincent F. Papalia, U.S.B.J.
June 9, 2026
Page 2

Fortress respectfully requests the Court adjourn the above Motion for one week so that we may attempt to finalize the respective agreements. As the Court is well aware, substantial efforts and resources have gone into the reorganization including post-petition loans in excess of $2 million and adequate protection payments since November totaling in excess of $900,000 ($133,018.41 x 7 months). Thus, the temporary delay will not prejudice BSB in any material way. Mr. Issa has expressed his support for the adjournment request. Unfortunately, BSB has not consented to this request.

     Thank you for the Court's consideration.

               Respectfully yours,

               */s/ Richard D. Trenk*

               Richard D. Trenk

RDT:jms

cc:    David H. Stein, Esq. (via e-mail)
       Fran B. Steele, U.S. Trustee (via e-mail)
       David S. Catuogno, Esq. (via e-mail)