**WILENTZ**
—ATTORNEYS AT LAW—
WILENTZ, GOLDMAN & SPITZER, P.A.

**DAVID H. STEIN**

T: 732.855.6126
F: 732.726.6570
dstein@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

June 10, 2026

***VIA ECF***
Honorable Vincent Papalia, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, New Jersey

Re:    **Fortress Holdings, LLC**
       **Chapter 11/Case #: 25-10977 (VFP)**

Dear Judge Papalia:

This firm represents Bogota Savings Bank ("Bogota") in the above referenced Chapter 11 proceeding filed by Fortress Holdings, LLC (the "Debtor"). This letter is submitted in response to the Debtor's opposition to and request for an adjournment of (the "Opposition") the Motion for an Order Converting Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. §1112(b) and Granting Related Relief (the "Motion", Docket No. 279) filed by Bogota, which is currently returnable before the Court on June 16, 2026.

Please be advised that Bogota does not consent to an adjournment of the Motion.

As indicated in the Debtor's Opposition, counsel for Bogota has been engaged in discussions with counsel for Abdallah Issa in an attempt to negotiate a consensual Plan of Reorganization in which, among other things, Mr. Qassis would relinquish control in the Debtor, resulting in a change of the Debtor's ownership and management structure. Despite those discussions, and in light of the Debtor's internal issues, the parties have not reached any agreement.

At this time, the Debtor has been unable to propose a viable Plan which would be acceptable to the bank. Accordingly, Bogota does not consent to an adjournment, but respectfully leaves it to the sound discretion of the Court whether same should be granted.

#96076502.1 184200.001

**Wilentz, Goldman & Spitzer, P.A.**    Woodbridge | New York | Philadelphia | Red Bank | Perth Amboy    www.wilentz .com

Your time and attention to this matter are greatly appreciated.

Respectfully,

*/s/ David H. Stein*

David H. Stein


DHS/
cc:    Richard D. Trenk, Esq. *(via ECF and email)*
       Robert Roglieri, Esq. *(via ECF and email)*
       David S. Catuogno, Esq. *(via ECF and email)*