**K&L GATES**

David S. Catuogno
David.Catuogno@klgates.com

T +1 973 848 4023
F +1 973 848 4001

June 11, 2026

**VIA ECF**
Honorable Vincent Papalia, U.S.B.J.
United States Bankruptcy
Court 50 Walnut Street, 3rd Floor
Newark, New Jersey

Re:    **Fortress Holdings, LLC**
       **Chapter 11/Case #: 25-10977 (VFP)**

Dear Judge Papalia:

I was advised yesterday that the parties had reached an agreement for the exit of Mr. Quassis from management and control over the Debtor and from participation in the proposed reorganized Debtor. As indicated in Mr. Trenk's letter of June 9, 2026, Mr. Quassis has retained counsel, and I am engaged with that counsel in an effort to try and document this transaction. We are hopeful that something can be finalized and signed by the end of the week.

Once that agreement is finalized, we will communicate with Bogota Savings Bank, and we believe that this will satisfy the last impediment to finalizing the agreement in principle between the Debtor and the Bank and ultimately result in a consensual plan

That being the case, on behalf of Mr. Issa, I express support for the adjournment request submitted by Mr. Trenk. The practical reality is that if these deals are finalized and consummated, the motion to convert will be withdrawn. Hence, we believe that the parties' efforts are better spent this week in finalizing the agreements rather than replying to a motion that everyone hopes will go away. Moreover, as noted by Mr. Trenk, there is no material prejudice to the Bank in a short adjournment to this motion.

Respectfully submitted,

*David S. Catuogno*

David S. Catuogno

cc:    David H. Stein, Esq. (via ECF)
       Richard D. Trenk, Esq. (via ECF)

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey
1613287352.1