UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@tisslaw.com
Email: rroglieri@tisslaw.com

*Counsel to Fortress Holdings, LLC*
*Chapter 11 Debtor and Debtor-in-Possession*

**Order Filed on July 27, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

FORTRESS HOLDINGS, LLC,

Debtor.

Chapter 11

Case No. 25-10977 (VFP)

ORDER CONDITIONALLY APPROVING THIRD AMENDED DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE THIRD AMENDED PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE THIRD AMENDED DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE THIRD AMENDED PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE THIRD AMENDED DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE THIRD AMENDED PLAN

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: July 27, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Fortress Holdings, LLC |
| Case Number: | 25-10977 (VFP) |
| Caption of Order: | Order Conditionally Approving Third Amended Disclosure Statement, Fixing Time For Filing Acceptances Or Rejections Of The Third Amended Plan, And Fixing The Time For Filing Objections To The Third Amended Disclosure Statement And To The Confirmation Of The Third Amended Plan, Combined With Notice Thereof And Of The Hearing On Final Approval Of The Third Amended Disclosure Statement And The Hearing On Confirmation Of The Third Amended Plan |

---

**THIS MATTER**, having been presented to the Court by Fortress Holdings, LLC, Chapter 11 debtor and debtor-in-possession herein ("**Debtor**"), by and through its counsel, Trenk Isabel Siddiqi & Shahdanian, P.C., upon the filing of a *Motion Conditionally Approving Third Amended Disclosure Statement, Fixing Time For Filing Acceptances Or Rejections Of The Third Amended Plan, And Fixing The Time For Filing Objections To The Third Amended Disclosure Statement And To The Confirmation Of The Third Amended Plan, Combined With Notice Thereof And Of The Hearing On Final Approval Of The Third Amended Disclosure Statement And The Hearing On Confirmation Of The Third Amended Plan* (the "**Motion**"); and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of Debtor, its estate, and its creditors; (iv) adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**, as set forth herein.

2. The Third Amended Disclosure Statement dated July 24, 2026 and filed by the Debtor is conditionally approved.

3. Within two (2) days after the entry of this Order, the Plan, the Third Amended Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

4. **August 20, 2026** is fixed as the last day for filing and serving written objections to the Third Amended Disclosure Statement and confirmation of the Third Amended Plan.

5. **August 20, 2026** is fixed as the last day for filing written acceptances or rejections of the Third Amended Plan under D.N.J. LBR 3018-1.

6. A hearing shall be held on **August 27, 2026** at 11:00 A.M. for final approval of the Third Amended Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Third Amended Plan before the Honorable Vincent F. Papalia, U.S.B.J. United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102 in Courtroom 3B.