**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen V. Falanga
Nicholas M. Ebel
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
sfalanga@walsh.law
nebel@walsh.law

*Attorneys for Creditor, Schindler Elevator Corporation*

In re:

FORTRESS HOLDINGS, LLC,

Debtor.

Chapter 11

Case No.: 25-10977-VFP

Hearing Date: August 27, 2026
@ 11:00 p.m.

**LIMITED OBJECTION OF CREDITOR, SCHINDLER ELEVATOR CORPORATION TO CONFIRMATION OF DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN**

Creditor, Schindler Elevator Corporation ("Schindler"), by and through its undersigned counsel, hereby files this Limited Objection (the "Objection") to the proposed Third Amended Plan of Reorganization [DE 303] (the "Plan") filed by the debtor, Fortress Holdings, LLC ("the Debtor"), and in support thereof, respectfully states the following:

## FACTUAL BACKGROUND

1. Prior to the Petition Date on or about November 11, 2024, the Debtor and Schindler entered into a contract for elevator servicing and preventative maintenance commencing December 31, 2024 and running through December 30, 2034 (the "Maintenance Contract"). The Maintenance Contract also covers certain equipment repairs and related services.

2. On January 30, 2025, the Debtor filed a chapter 11 bankruptcy petition [DE 1] (the "Petition Date").

3. On July 24, 2026, the Debtor filed the Third Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code Describing Chapter 11 Plan Proposed by the Debtor-in-Possession [DE 302] (the "Disclosure Statement") and the Plan.

4. On July 27, 2026, the Court conditionally approved the Disclosure Statement and ordered a hearing on the confirmation of the Plan be held on August 27, 2026 at 11:00 a.m. [DE 305] (the "Order").

5. The Order set August 20, 2026 as the last day for filing and serving written objections to confirmation of the Plan. The Debtor consented to an extension of Schindler's time to object to confirmation through and including August 26, 2026.

6. The Debtor and Schindler have been negotiating to reach an agreement in to resolve the amounts due to Schindler under the Maintenance Contract that the Debtor seeks to assume as part of the Plan.

7. Schindler objects to the Plan to the extent it allows the Debtor to assume executory contracts without providing cure payments or adequate assurance of future performance as required by 11 U.S.C. § 365 (b)(1)(A)-(C).

**OBJECTION**

8. 11 U.S.C. § 365(a) permits the assumption or rejection of any executory contract or unexpired lease of the debtor.

9. 11 U.S.C. § 365(b)(1)(A)-(C) state that to assume an executory contract in which there has been a default, the default must be cured (or the counterparty provided adequate assurance that the default will be cured), the counterparty be compensated (or provided adequate

assurance of prompt compensation) for any actual pecuniary loss resulting from the default, and the counterparty be provided adequate assurance of future performance under the contract.

10. In this case, Schindler is owed $55,457.17 for goods provided and services rendered pursuant to the Maintenance Contract. The amount of cure includes amounts due prior to the Petition Date as well as amounts incurred post-petition. Those sums break down as follows:

| Invoice No. | Date | Amount | Basis |
|---|---|---|---|
| 7154057688 | 11/23/2024 | $2,396.76 | Maintenance Call |
| 7154057742 | 11/23/2024 | $1,301.17 | Maintenance Call |
| 7154059267 | 11/26/2024 | $2,725.44 | Maintenance Call |
| 7154074875 | 12/19/2024 | $2,396.75 | Maintenance Call |
| 7154098881 | 01/27/2025 | $3,257.63 | Maintenance Call |
| 8106848996 | 03/17/2025 | $18,491.96 | Contract Price 2025 |
| 7154155462 | 04/27/2025 | $3,754.60 | Maintenance Call |
| 4607304629 | 12/01/2025 | $21,132.86 | Contract Price 2026 |
| **Total** | | **$55,457.17** | |

11. Copies of the two invoices representing the contract price of the Maintenance Contract for 2025 and 2026, Invoice Nos. 8106848996 and 4607304629, respectively, are attached to this Objection as **Exhibit 1**.

12. The remaining relevant invoices, representing separate and individual maintenance calls under the Maintenance Contract, are attached to this Objection collectively as **Exhibit 2**.

13. The full amount of the Debtor's default under the Maintenance Contract remains unpaid.

14. To date, the Debtor has not rejected Schindler's Preventative Maintenance Contract. In fact, Debtor's counsel has represented that it intends to assume Schindler's Preventative Maintenance Contract, including during the July 23, 2026 status conference before Your Honor.

15. The Plan states in Section 9.1 that "On the Effective Date, all Executory Contracts and unexpired leases not rejected on or before Confirmation will be deemed assumed. The Confirmation Order shall constitute an order approving such assumption as of the Effective Date. No cure payments or adequate assurance of future performance shall be due."

16. The Plan, as currently drafted, does not address 11 U.S.C. § 365 (b)(1)(A)-(C)'s requirements for assumption of an executory contract.

17. As such, the Plan as currently written does not comply with 11 U.S.C. § 1129(a)(1) and cannot be confirmed. *See In re Resorts Int'l, Inc.*, 145 B.R. 412, 420 (Bankr. D.N.J. 1990).

18. Accordingly, Schindler objects to the Plan to the extent it allows the Debtor to assume executory contracts without providing cure payments or adequate assurance of future performance as required by 11 U.S.C. § 365 (b)(1)(A)-(C).

**CONCLUSION**

For the foregoing reasons, Schindler respectfully requests that confirmation of the Debtor's Plan be denied.

[*signature page follows*]

Respectfully submitted,

**WALSH PIZZI O'REILLY FALANGA LLP**
*Counsel to Creditor Schindler Elevator Corporation*

By: */s/ Stephen V. Falanga*
Stephen V. Falanga
Three Gateway Center
100 Mulberry St., 15th
Floor Newark, NJ 07102
P: (973) 757-1100
sfalanga@walsh.law

# EXHIBIT 1

# INVOICE

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Purchase Order No** | 8106848996<br>03/17/2025<br>5000245129 |
| | | **Sales Contact**<br>**Field Contact** | Michelle Link<br>Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone**<br>**Fax**<br>**Federal Tax ID**<br>**DUNS Number** | 800 225 0140<br>973 397 3710<br>34 127 0056<br>09 480 9993 |
| **Service Contract** | 4100119426 **Service Period** Yearly Billing 12/31/2024 - 11/30/2025 | **Service Type** | Preventive Maint. |

***Service Location***
555 PREAKNESS AVE
BLOCK 6 LOT 2
555 PREAKNESS AVE
PATERSON NJ 07502

| | |
|---|---|
| Contract Price | 17,303.00 |
| Subtotal | 17,303.00 |
| Invoice Fee | 39.99 |
| Tax | 1,148.97 |
| ***Invoice Amount*** | ***$18,491.96*** |

*Applied unless an exemption certificate is on file*

***Terms:*** ***NET PAYABLE UPON RECEIPT***

As part of Schindler's ongoing commitment to sustainability, we're transitioning from printed to digital communications. All mailed invoices will now reflect a $39.99 fee per maintenance invoice. If you would like to switch to digital billing and have this invoice fee waived, please contact your local Sales Representative listed at top of this invoice.

.

# REMITTANCE

*Please return this portion with your payment*

| | | | |
|---|---|---|---|
| **Payer** | 555 PREAKNESS AVE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Service Contract** | 8106848996<br>03/17/2025<br>5000245129<br>4100119426 |
| **Remit to** | Schindler Elevator Corporation<br>P.O.Box 93050<br>Chicago, IL 60673-3050 | *Use this address for payments only. Direct calls and correspondence to our Local Office above. Please check applicable payment enclosed.* | ***INVOICE AMOUNT*** **$18,491.96 ----** |

**** Invoices not paid within 30 days are subject to a service charge of 1.5% per month, or the maximum permitted by law.***

*Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the Fair Labor Standards Act of 1938, as amended.*

SCHINDLER ELEVATOR CORPORATION
20 WHIPPANY RD STE 122
MORRISTOWN NJ 07960-4539
Tel: 800 225 0140 Fax: 973 397 3710

**Document: Maintenance Invoice**
**Invoice No : 4607304629**
Date : 12/01/2025

| | |
|---|---|
| Billing ID: | 3077401 |
| Federal Tax ID: | 34 127 0056 |
| DUNS Number: | 09 480 9993 |
| Sales Contact: | Michelle Link |
| Field Contact: | Michael Alleman |
| PO Number: | |

555 PREAKNESS AVE
ACCOUNTS PAYABLE
555 PREAKNESS AVE
PATERSON NJ 07502

| Contract No: 4100119426 | | USD excl.Tax | Tax | USD incl.Tax |
|---|---|---|---|---|
| No. of Equipment: | 3 | | | |
| Service type: | Preventive Maintenance<br>Schindler Basic Partial | | | |
| Address: | 555 PREAKNESS AVE BLOCK 6 LOT 2 PREAKNESS AVE 555 07502 PATERSON | | | |
| Maintenance services: | From 12/01/2025 to 11/30/2026 | | | |
| Total | | 19,819.80 | 1,313.06 | 21,132.86 |

**Total to Pay** **21,132.86**

**Payment terms:** **Payable within 30 days**

*Please return this portion with your payment* **REMITTANCE**

**Payer :**
555 PREAKNESS AVE
ACCOUNTS PAYABLE
555 PREAKNESS AVE
PATERSON NJ 07502

**Invoice No :** 4607304629
**Date :** 12/01/2025
**Billing ID :** 3077401
**Service Contract :** 4100119426

***INVOICE AMOUNT: 21,132.86 USD***

**Remit to :**
Schindler Elevator Corporation
P.O.Box 93050
Chicago, IL 60673-3050

Use this address for payments only.
Direct calls and correspondence to our Local Office above.
Please check applicable payment enclosed

*** Invoices not paid within net terms are subject to a service charge of 1.5% per month, or the maximum permitted by law.**

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the FairLabor Standards Act of 1938, as amended.

# EXHIBIT 2

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number** | 7154155462 |
| | | **Invoice Date** | 04/27/2025 |
| | | **Billing ID** | 5000245129 |
| | | **Purchase Order No** | |
| | | **Sales Contact** | Michelle Link |
| | | **Field Contact** | Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone** | 800 225 0140 |
| | | **Fax** | 973 397 3710 |
| | | **Federal Tax ID** | 34 127 0056 |
| | | **DUNS Number** | 09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type** | Z1TM |
| | | **Order No** | 5155803186 |
| | | **Contract** | 4100119426 |

| *Description* | *Price* |
|---|---|

04/12/2025 SERVICE CALL ON ELEVATOR WAS REQUESTED BY PAUL - OWNER.

CUSTOMER REPORTED: ELEVATOR WAS OUT OF SERVICE AND STUCK ON FLOOR.

TECHNICIAN REPORTED: ELEVATOR SHUTDOWN WITH JHS BREAKER TRIPPED, RESET BREAKER CHECKED CONNECTIONS IN TOP OF HOIST WAY. LEFT SHUT DOWN.

PLEASE REFER TO OUR NOTIFICATION 76806332

# REMITTANCE

Please return this portion with your payment

| | | | |
|---|---|---|---|
| **Payer** | 555 PREAKNESS AVE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Invoice Number** | 7154155462 |
| | | **Invoice Date** | 04/27/2025 |
| | | **Billing ID** | 5000245129 |
| | | **Order Type** | Z1TM |
| **Remit to** | Schindler Elevator Corporation<br>P.O.Box 93050<br>Chicago, IL 60673-3050 | **Order Number** | 5155803186 |

***Use this address for payments only. Direct calls and correspondence to our Local Office above.***

***INVOICE AMOUNT $3,754.60***

***Invoices not paid within 30 days are subject to a service charge of 1.5% per month, or the maximum permitted by law.***

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the Fair Labor Standards Act of 1938, as amended.

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Purchase Order No** | 7154155462<br>04/27/2025<br>5000245129<br> |
| | | **Sales Contact**<br>**Field Contact** | Michelle Link<br>Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone**<br>**Fax**<br>**Federal Tax ID**<br>**DUNS Number** | 800 225 0140<br>973 397 3710<br>34 127 0056<br>09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type**<br>**Order No**<br>**Contract** | Z1TM<br>5155803186<br>4100119426 |

| ***Description*** | | ***Price*** |
|---|---|---|
| | *Labor* | *3,337.80* |
| | *Expenses* | *143.52* |
| | *Subtotal* | *3,481.32* |
| | *Invoice Fee* | *39.99* |
| *Applied unless an exemption certificate is on file* | *Tax* | *233.29* |
| ***Terms: NET PAYABLE UPON RECEIPT*** | ***Total Invoice Amount*** | ***$3,754.60*** |

*As part of Schindler's ongoing commitment to sustainability, we're transitioning from printed to digital communications. All mailed invoices will now reflect a $39.99 fee per T&M invoice. If you would like to switch to digital billing and have this invoice fee waived, please contact your local Sales Representative listed at top of this invoice.*

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Purchase Order No** | 7154098881<br>01/27/2025<br>5000245129<br> |
| | | **Sales Contact**<br>**Field Contact** | Michelle Link<br>Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone**<br>**Fax**<br>**Federal Tax ID**<br>**DUNS Number** | 800 225 0140<br>973 397 3710<br>34 127 0056<br>09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type**<br>**Order No**<br>**Contract** | Z1TM<br>5155729055<br>4100119426 |

| *Description* | *Price* |
|---|---|
| 01/09/2025 SERVICE CALL ON ELEVATOR WAS REQUESTED BY JOHNNY | |

CUSTOMER REPORTED: ELEVATOR WAS OUT OF SERVICE AND STUCK ON FLOOR.

TECHNICIAN REPORTED: ELEVATOR FOUND WITH NO POWER AFTER TROUBLESHOOTING BACKUP BATTERY HAS TO BE CHARGED LEFT SHUT DOWN FOR BATTERY#S TO CHARGE PROPERLY

REFER TO NOTIFICATION 76182785

# REMITTANCE

Please return this portion with your payment

| | | | |
|---|---|---|---|
| **Payer** | 555 PREAKNESS AVE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Order Type**<br>**Order Number** | 7154098881<br>01/27/2025<br>5000245129<br>Z1TM<br>5155729055 |
| **Remit to** | Schindler Elevator Corporation<br>P.O.Box 93050<br>Chicago, IL 60673-3050 | ***Use this address for payments only. Direct calls and correspondence to our Local Office above.*** | |

***INVOICE AMOUNT $3,257.63***

***Invoices not paid within 30 days are subject to a service charge of 1.5% per month, or the maximum permitted by law.***
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the Fair Labor Standards Act of 1938, as amended.

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number** | 7154098881 |
| | | **Invoice Date** | 01/27/2025 |
| | | **Billing ID** | 5000245129 |
| | | **Purchase Order No** | |
| | | **Sales Contact** | Michelle Link |
| | | **Field Contact** | Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone** | 800 225 0140 |
| | | **Fax** | 973 397 3710 |
| | | **Federal Tax ID** | 34 127 0056 |
| | | **DUNS Number** | 09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type** | Z1TM |
| | | **Order No** | 5155729055 |
| | | **Contract** | 4100119426 |

| ***Description*** | | ***Price*** |
|---|---|---|
| | *Labor* | *2,877.06* |
| | *Expenses* | *138.17* |
| | *Subtotal* | *3,015.23* |
| | *Invoice Fee* | *39.99* |
| *Applied unless an exemption certificate is on file* | *Tax* | *202.41* |
| ***Terms: NET PAYABLE UPON RECEIPT*** | ***Total Invoice Amount*** | ***$3,257.63*** |

*As part of Schindler's ongoing commitment to sustainability, we're transitioning from printed to digital communications. All mailed invoices will now reflect a $39.99 fee per T&M invoice. If you would like to switch to digital billing and have this invoice fee waived, please contact your local Sales Representative listed at top of this invoice.*

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Purchase Order No** | 7154074875<br>12/19/2024<br>5000245129<br> |
| | | **Sales Contact**<br>**Field Contact** | Michelle Link<br>Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone**<br>**Fax**<br>**Federal Tax ID**<br>**DUNS Number** | 800 225 0140<br>973 397 3710<br>34 127 0056<br>09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type**<br>**Order No**<br>**Contract** | Z1TM<br>5155702809<br>4100119426 |

| ***Description*** | ***Price*** |
|---|---|
| 12/05/2024 TECHNICIAN REPORTED: ACCESS FOR FIRE TESTING. | |

| | | |
|---|---|---|
| | *Labor* | *2,055.03* |
| | *Expenses* | *132.81* |
| | *Subtotal* | *2,187.84* |
| | *Invoice Fee* | *59.99* |
| *Applied unless an exemption certificate is on file* | *Tax* | *148.92* |
| ***Terms: NET PAYABLE UPON RECEIPT*** | ***Total Invoice Amount*** | ***$2,396.75*** |

*As part of Schindler's ongoing commitment to sustainability, we're transitioning from printed to digital communications. All mailed invoices will now reflect a $39.99 fee per T&M invoice. If you would like to switch to digital billing and have this invoice fee waived, please contact your local Sales Representative listed at top of this invoice.*

# REMITTANCE

Please return this portion with your payment

| | | | |
|---|---|---|---|
| **Payer** | 555 PREAKNESS AVE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Order Type**<br>**Order Number** | 7154074875<br>12/19/2024<br>5000245129<br>Z1TM<br>5155702809 |
| **Remit to** | Schindler Elevator Corporation<br>P.O.Box 93050<br>Chicago, IL 60673-3050 | ***Use this address for payments only. Direct calls and correspondence to our Local Office above.*** | |

***INVOICE AMOUNT $2,396.75***

***Invoices not paid within 30 days are subject to a service charge of 1.5% per month, or the maximum permitted by law.***

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the Fair Labor Standards Act of 1938, as amended.

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Purchase Order No** | 7154059267<br>11/26/2024<br>5000245129<br> |
| | | **Sales Contact**<br>**Field Contact** | Michelle Link<br>Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone**<br>**Fax** | 800 225 0140<br>973 397 3710 |
| | | **Federal Tax ID**<br>**DUNS Number** | 34 127 0056<br>09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type**<br>**Order No**<br>**Contract** | Z1TM<br>5155684055<br>4100119426 |

***Description*** ***Price***

11/20/2024 SERVICE CALL ON ELEVATOR 03 WAS REQUESTED BY PAUL -OWNER.

CUSTOMER REPORTED: ENTRAPMENT - ELEVATOR WAS STUCK ON THE FLOOR WITH PASSENGER.

TECHNICIAN REPORTED: PASSENGERS RELEASED FROM ELEVATOR . BY CUSTOMER. ELEVATOR ON FIRE SERVICE. RESET FIRE SERVICE AND RETURNED ELEVATOR TO SERVICE.

PLEASE REFER TO OUR NOTIFICATION 75863609

# REMITTANCE

Please return this portion with your payment

| | | | |
|---|---|---|---|
| **Payer** | 555 PREAKNESS AVE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Order Type**<br>**Order Number** | 7154059267<br>11/26/2024<br>5000245129<br>Z1TM<br>5155684055 |
| **Remit to** | Schindler Elevator Corporation<br>P.O.Box 93050<br>Chicago, IL 60673-3050 | ***Use this address for payments only. Direct calls and correspondence to our Local Office above.*** | |

***INVOICE AMOUNT $2,725.44***

***Invoices not paid within 30 days are subject to a service charge of 1.5% per month, or the maximum permitted by law.***
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the Fair Labor Standards Act of 1938, as amended.

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number** | 7154059267 |
| | | **Invoice Date** | 11/26/2024 |
| | | **Billing ID** | 5000245129 |
| | | **Purchase Order No** | |
| | | **Sales Contact** | Michelle Link |
| | | **Field Contact** | Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone** | 800 225 0140 |
| | | **Fax** | 973 397 3710 |
| | | **Federal Tax ID** | 34 127 0056 |
| | | **DUNS Number** | 09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type** | Z1TM |
| | | **Order No** | 5155684055 |
| | | **Contract** | 4100119426 |

| ***Description*** | | ***Price*** |
|---|---|---|
| | *Labor* | *2,363.30* |
| | *Expenses* | *132.81* |
| | *Subtotal* | *2,496.11* |
| | *Invoice Fee* | *59.99* |
| *Applied unless an exemption certificate is on file* | *Tax* | *169.34* |
| ***Terms: NET PAYABLE UPON RECEIPT*** | ***Total Invoice Amount*** | ***$2,725.44*** |

*As part of Schindler's ongoing commitment to sustainability, we're transitioning from printed to digital communications. All mailed invoices will now reflect a $39.99 fee per T&M invoice. If you would like to switch to digital billing and have this invoice fee waived, please contact your local Sales Representative listed at top of this invoice.*

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number** | 7154057742 |
| | | **Invoice Date** | 11/23/2024 |
| | | **Billing ID** | 5000245129 |
| | | **Purchase Order No** | |
| | | **Sales Contact** | Michelle Link |
| | | **Field Contact** | Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone** | 800 225 0140 |
| | | **Fax** | 973 397 3710 |
| | | **Federal Tax ID** | 34 127 0056 |
| | | **DUNS Number** | 09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type** | Z1TM |
| | | **Order No** | 5155679460 |
| | | **Contract** | 4100119426 |

***Description*** ***Price***

11/14/2024 SERVICE CALL ON ELEVATOR 03 WAS REQUESTED BY PAUL -OWNER

CUSTOMER REPORTED: ENTRAPMENT - ELEVATOR 3 WAS STUCK ON THE FLOOR WITH PASSENGER.

TECHNICIAN REPORTED: NO ACCESS TO ELEVATOR GATES CLOSED

REFER TO OUR NOTIFICATION 000075820791

| | | |
|---|---|---|
| | *Labor* | *1,027.52* |
| | *Expenses* | *132.81* |
| | *Subtotal* | *1,160.33* |
| | *Invoice Fee* | *59.99* |
| *Applied unless an exemption certificate is on file* | *Tax* | *80.85* |
| ***Terms: NET PAYABLE UPON RECEIPT*** | ***Total Invoice Amount*** | ***$1,301.17*** |

*As part of Schindler's ongoing commitment to sustainability, we're transitioning from printed to digital communications. All mailed invoices will now reflect a $39.99 fee per T&M invoice. If you would like to switch to digital billing and have this invoice fee waived, please contact your local Sales Representative listed at top of this invoice.*

# REMITTANCE

Please return this portion with your payment

| | | | |
|---|---|---|---|
| **Payer** | 555 PREAKNESS AVE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Invoice Number** | 7154057742 |
| | | **Invoice Date** | 11/23/2024 |
| | | **Billing ID** | 5000245129 |
| | | **Order Type** | Z1TM |
| **Remit to** | Schindler Elevator Corporation<br>P.O.Box 93050<br>Chicago, IL 60673-3050 | **Order Number** | 5155679460 |

***Use this address for payments only. Direct calls and correspondence to our Local Office above.***

***INVOICE AMOUNT $1,301.17***

***Invoices not paid within 30 days are subject to a service charge of 1.5% per month, or the maximum permitted by law.***

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the Fair Labor Standards Act of 1938, as amended.

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Purchase Order No** | 7154057688<br>11/23/2024<br>5000245129 |
| | | **Sales Contact**<br>**Field Contact** | Michelle Link<br>Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone**<br>**Fax**<br>**Federal Tax ID**<br>**DUNS Number** | 800 225 0140<br>973 397 3710<br>34 127 0056<br>09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type**<br>**Order No**<br>**Contract** | Z1TM<br>5155674853<br>4100119426 |

***Description*** ***Price***

11/09/2024 SERVICE CALL ON ELEVATOR 03 WAS REQUESTED BY PAUL -OWNER.

CUSTOMER REPORTED: ELEVATOR 3 WAS OUT OF SERVICE AND STUCK ON FLOOR.

TECHNICIAN REPORTED: ELEVATOR WAS STUCK ON FIRE SERVICE GOT ELEVATOR OFF FIRE SERVICE, AND RETURN TO NORMAL OPERATION

PLEASE REFER TO OUR NOTIFICATION 75787187

# REMITTANCE

Please return this portion with your payment

| | | | |
|---|---|---|---|
| **Payer** | 555 PREAKNESS AVE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Invoice Number**<br>**Invoice Date**<br>**Billing ID**<br>**Order Type**<br>**Order Number** | 7154057688<br>11/23/2024<br>5000245129<br>Z1TM<br>5155674853 |
| **Remit to** | Schindler Elevator Corporation<br>P.O.Box 93050<br>Chicago, IL 60673-3050 | ***Use this address for payments only. Direct calls and correspondence to our Local Office above.*** | |

***INVOICE AMOUNT $2,396.76***

***Invoices not paid within 30 days are subject to a service charge of 1.5% per month, or the maximum permitted by law.***

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the Fair Labor Standards Act of 1938, as amended.

| | | | |
|---|---|---|---|
| **Local Office** | Schindler Elevator Corporation<br>20 WHIPPANY RD STE 122<br>MORRISTOWN NJ 07960-4524 | **Invoice Number** | 7154057688 |
| | | **Invoice Date** | 11/23/2024 |
| | | **Billing ID** | 5000245129 |
| | | **Purchase Order No** | |
| | | **Sales Contact** | Michelle Link |
| | | **Field Contact** | Michael Alleman |
| **Bill to** | 555 PREAKNESS AVE<br>ACCOUNTS PAYABLE<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Telephone** | 800 225 0140 |
| | | **Fax** | 973 397 3710 |
| | | **Federal Tax ID** | 34 127 0056 |
| | | **DUNS Number** | 09 480 9993 |
| **Service Location** | 555 PREAKNESS AVE<br>BLOCK 6 LOT 2<br>555 PREAKNESS AVE<br>PATERSON NJ 07502 | **Order Type** | Z1TM |
| | | **Order No** | 5155674853 |
| | | **Contract** | 4100119426 |

| ***Description*** | | ***Price*** |
|---|---|---|
| | *Labor* | *2,055.04* |
| | *Expenses* | *132.81* |
| | *Subtotal* | *2,187.85* |
| | *Invoice Fee* | *59.99* |
| *Applied unless an exemption certificate is on file* | *Tax* | *148.92* |
| ***Terms: NET PAYABLE UPON RECEIPT*** | ***Total Invoice Amount*** | ***$2,396.76*** |

*As part of Schindler's ongoing commitment to sustainability, we're transitioning from printed to digital communications. All mailed invoices will now reflect a $39.99 fee per T&M invoice. If you would like to switch to digital billing and have this invoice fee waived, please contact your local Sales Representative listed at top of this invoice.*